JOHN D. TENNERT, III
Nevada State Bar No. 11728
WADE BEAVERS
Nevada State Bar No. 13451
FENNEMORE CRAIG, P.C.
300 E. Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: jtennert@fclaw.com; wbeavers@fclaw.com

*Attorneys for Defendants*
*Top Shelf Golf, LLC, Top Shelf IT Solutions, Inc, Ivan Sokolovich and Inna Sokolovich*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOTOGOLF.COM, LLC, a Nevada limited-liability company;<br><br>Plaintiff,<br><br>vs.<br><br>TOP SHELF GOLF, LLC, a Maine limited liability company; TOP SHELF IT SOLUTIONS, INC., a Maine corporation; IVAN SOKOLOVICH, an individual; INNA SOKOLOVICH, an individual; KEVIN P. MURPHY, an individual; KEVIN E. MURPHY, an individual; ALIAKSANDR SHAVIALEVICH, an individual;<br><br>Defendants. | Case No. 2:20-cv-00674-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, MOTOGOLF.COM, LLC, by and through their counsel, Steven A. Gibson, Esq. and Jodi Donetta Lowry, Esq. of Gibson Lowry LLP, and Defendants TOP SHELF GOLF, LLC, TOP SHELF IT SOLUTIONS, INC., IVAN SOKOLOVICH and INNA SOKOLOVICH ("Defendants"), by and through their counsel, John D. Tennert, Esq. and Wade Beavers, Esq. of Fennemore Craig, P.C. request that the Court enter an order, pursuant to Local Rule IA 6-1, extending the deadline for Defendants to file a response to Plaintiff's Complaint. The current deadline, May 11, 2020, has not expired. The parties seek an extension until **May 25, 2020**.

//

//

15748941.2/053344.0001

1   This is the parties first request to extend the deadline for filing a response to the Complaint and is not made for any deleterious purposes or to unnecessarily delay these proceedings. Rather, the Parties seek this extension in good faith for the benefit of Defendants and their counsel. Therefore, the parties stipulate and agree to extend the deadline for filing a response to the Complaint until May 25, 2020, and request that the Court enter an order extending the deadline.

DATED this 28th day of April, 2020.

**FENNEMORE CRAIG, P.C.**

By: */s/ John Tennert*
John D. Tennert, III, Esq.
Nevada State Bar No. 11728
Wade Beavers, Esq.
Nevada State Bar No. 13451
300 E. Second Street, Suite 1510
Reno, NV 89501
Tel: (775) 788-2200
Fax: (775) 786-1177
Email: jtennert@fclaw.com
     wbeavers@fclaw.com

*Attorneys for Defendants Top Shelf Golf, LLC, Top Shelf IT Solutions, Inc, Ivan Sokolovich and Inna Sokolovich*

DATED this 28th day of April, 2020.

**GIBSON LOWRY LLP**

By: */s/ Jodi Donetta Lowry, Esq.*
Steven A. Gibson, Esq.
NV Bar No. 6656
Jodi Donetta Lowry, Esq.
NV Bar No. 7798
7495 West Azure Drive, Suite 233
Las Vegas, NV 89130
Tel: 702.541.7888
Fax; 702.541.7899
Email: sgibson@gibsonlowry.com
     jlowry@gibsonlowry.com

*Attorneys for Motogolf.com, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 28, 2020

15748941.2/053344.0001

2