UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MOTOGOLF.COM, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TOP SHELF GOLF, LLC, a Maine limited liability company; TOP SHELF IT SOLUTIONS, INC., a Maine corporation; IVAN SOKOLOVICH, an individual; INNA SOKOLOVICH, an individual; KEVIN P. MURPHY, an individual; KEVIN E. MURPHY, an individual; ALIAKSANR SHAVIALEVICH, an individual,<br><br>Defendants. | Case No. 2:20-cv-00674-APG-EJY<br><br>**ORDER** |

Before the Court are the following: Plaintiff's Motion for Leave to Serve Process by Publication on Defendant Aliaksandr Shavialevich (ECF No. 26), Plaintiff's Motion to Extend Deadline to Serve Process on Defendant Aliaksandr Shavialevich (ECF No. 27), Plaintiff's Motion for Leave to Serve Process by Publication on Defendant Kevin P. Murphy (ECF No. 34), Plaintiff's Motion to Extend Deadline to Serve Process on Defendant Kevin P. Murphy (ECF No. 35), and Plaintiff's Motion for Leave to File Supplement (ECF No. 36). No response to any of these motions was filed with the Court.

**I.     Facts Relevant to the Motions**

   A.     <u>Plaintiff's Motions Re Aliaksandr Shavialevich</u>.

Plaintiff's Motion seeking to extend the time within which it may effect service on Defendant Aliaksandr Shavialevich demonstrates that Plaintiff diligently searched for and found a reliable address for Mr. Shavialevich. ECF No. 27 at 2-4. Mr. Shavialevich's primary address was located in Quincy, Massachusetts. A secondary address was located for Mr. Shavialevich in Portland, Maine. *Id*. at 3. Service of process was attempted on Mr. Shavialevich at his Massachusetts address on three occasions, once speaking through an intercom to someone who claimed he had never heard

1

of Mr. Shavialevich. *Id*. at 4-5.  Service was also attempted at the Portland, Maine address located for Mr. Shavialevich on three occasions, but the property appeared vacant. *Id*. at 5.

      B.      <u>Plaintiff's Motions Re Kevin P. Murphy</u>

Plaintiff's Motion seeking to extend the time within which it may effect service on Defendant Kevin P. Murphy evidences that Plaintiff located a reliable primary residence for Mr. Murphy in New Bedford, Massachusetts, with a prior address in Portland, Maine. ECF No. 35 at 2-3.  Attempts to serve Mr. Murphy at each of these addresses on five separate occasions to no avail. *Id*. at 4-5. Three of the service attempts at the New Bedford address were thwarted by Plaintiff's inability to access the property.  Plaintiff states that on the one occasion the process server gained entry to the New Bedford address, no one responded at the door and, despite leaving a card requesting a call, the process server never heard back from the resident of that location. *Id*.  As a result of these efforts Plaintiff seeks an extension of time to accomplish service on Mr. Murphy and also seeks permission to serve him through publication.[1]

**II.**      **DISCUSSION**

Federal Rule of Civil Procedure 4(m) allows the Court to extend time to effect service when good cause is shown that reasonable efforts to effect service are undertaken by a plaintiff.  Rule 4(e) allows a party to seek service of a defendant "by … following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located … ." Nevada Rule of Civil Procedure 4.4 allows service through alternative means so long as certain procedural steps are undertaken.

Plaintiff explains that alternative service is appropriate not only because reasonable attempts at service have been unsuccessful, but also because there is reason to believe that Messrs. Shavialevich and Murphy may be attempting to evade service. ECF Nos. 26 at 9; 34 at 9.  Plaintiff explains that each of these defendants have listed primary addresses in Massachusetts with Mr. Shavialevich listing the address in Quincy as the location at which he also serves as registered agent for Oakwood Estates, LLC. ECF No. 27 at 3.  Mr. Murphy listed the address in New Bedford,

---

[1] Plaintiff adds that contact was received from an attorney stating he represented Messrs. Shavialevich and Murphy, but after a few initial exchanges, the last of which was July 8, 2020, Plaintiff's counsel has not been contacted again. ECF No. 36.

Massachusetts with the City of Portland, Maine, as recently as April 2020. ECF No. 34 at 5. Plaintiff also states that there is at least some likelihood that Mr. Murphy is aware of the lawsuit as his associate and codefendant, Mr. Sokolovich, was served. *Id.* at 9.

The Court finds that Plaintiff has been diligent in attempting to serve Mr. Shavialevich and Mr. Murphy. Service by publication is permitted by Nev. R. Civ. P. 4.4, which is incorporated by reference in Fed. R. Civ. P. 4(e). Plaintiff does not appear to have reliable email addresses for either of these individuals.

### III.    ORDER

Therefore, and in accordance with the federal and state rules pertaining to service of process, The Court HEREBY ORDERS that:

1. Plaintiff's Motions to Extend Deadline to Serve Process to Defendants Aliaksandr Shavialevich and Kevin P. Murphy (ECF Nos. 27 and 35) are GRANTED;
2. Plaintiff shall have through and including September 9, 2020 to effect such service;
3. Plaintiff's Motions to Serve Process by Publication on Defendants Aliaksandr Shavialevich and Kevin P. Murphy (ECF Nos. 26 and 34) are GRANTED;
4. Plaintiff's Motion for Leave to File Supplement (ECF No. 36) is GRANTED;
5. Plaintiff shall serve Defendants Aliaksandr Shavialevich and Kevin P. Murphy by publication in accordance with Plaintiff's Motions, exhibits attached thereto, and Nev. R. Civ. P. 4.4;
6. Plaintiff shall mail a copy of this Order, the Summonses, and Complaint, via certified and regular U.S. mail, to Defendants Murphy and Shavialevich at their respective primary addresses as identified in Plaintiff's Motions. Such mailing shall occur no later than July 24, 2020; and,

7. Plaintiff shall also mail a copy of this Order, together with a copy of the Summonses and Complaint for Messrs. Shavialevich and Murphy, no later than July 24, 2020, to Charles J. Lee at 3145 St. Rose Parkway, Suite 220, Henderson, Nevada 89052, which is the address listed for Mr. Lee in the July 2020, Nevada Legal Directory.

Dated this 21st day of July, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE