JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
jlowry@gibsonlexbury.com

**Gibson Lexbury LLP**
3470 East Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone 702.541.7888
Facsimile 702.541.7899

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOTOGOLF.COM, LLC, a Nevada limited-liability company;<br><br>Plaintiff,<br><br>v.<br><br>TOP SHELF GOLF, LLC, a Maine limited liability company; TOP SHELF IT SOLUTIONS, INC., a Maine corporation; IVAN SOKOLOVICH, an individual; INNA SOKOLOVICH, an individual; KEVIN P. MURPHY, an individual; KEVIN E. MURPHY, an individual; ALIAKSANDR SHAVIALEVICH, an individual;<br><br>Defendants. | Case No.: 2:20-cv-00674-APG-EJY<br><br>**STIPULATION TO VOLUNTARILY DISMISS DEFENDANT KEVIN E. MURPHY WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Motogolf.com, LLC, by and through its counsel, Gibson Lexbury LLP, Defendants Top Shelf Golf, LLC, Top Shelf IT Solutions, Inc., Ivan Sokolovich and Inna Sokolovich, by and through their counsel, Fennemore Craig, P.C., and Defendant Kevin E. Murphy, by and through his counsel Kravitz, Schnitzer &

1

Johnson, Chtd., hereby stipulate the dismissal, without prejudice, of all claims alleged against Defendant Kevin E. Murphy in the above-captioned matter.

Dated this 6th day of October, 2020.

GIBSON LEXBURY LLP

/s/ J.D. Lowry.
JODI DONETTA LOWRY, ESQ.
Nevada Bar No. 7798
3470 East Russell Road, Second Floor
Las Vegas, Nevada 89120
*Attorney for Plaintiff*

Dated this 6th day of October, 2020.

FENNEMORE CRAIG, P.C.

/s/ Wade Beavers
JOHN D. TENNERT, III, ESQ.
Nevada Bar No. 11728
WADE BEAVERS, ESQ.
Nevada Bar No. 13451
300 East Second Street, Suite 1510
Reno, Nevada 89501
*Attorneys for Defendants Top Shelf Golf, LLC, Top Shelf IT Solutions, Inc., Ivan Sokolovich and Inna Sokolovich*

Dated this 6th day of October, 2020.

KRAVITZ, SCHNITZER & JOHNSON, CHTD.

/s/ Michael Esposito
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar No. 13482
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorney for Kevin E. Murphy*

IT IS SO ORDERED:

Dated: October 6, 2020

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 5 of this Court, I certify that I am an employee of Gibson Lexbury LLP and that on October 6, 2020, I caused a correct copy of the foregoing **STIPULATION TO VOLUNTARILY DISMISS DEFENDANT KEVIN E. MURPHY WITHOUT PREJUDICE** to be served via CM/ECF to:

John D. Tennert, III, Esq.
jtennert@fclaw.com
Wade Beavers, Esq.
wbeavers@fclaw.com
FENNEMORE CRAIG, P.C.
300 East Second Street, Suite 1510
Reno, Nevada 89501
*Attorneys for Defendants Top Shelf Golf, LLC, Top Shelf IT Solutions, Inc., Ivan Sokolovich and Inna Sokolovich*

And via electronic mail addressed to:

Michael R. Esposito, Esq.
mesposito@ksjattorneys.com
Kravitz, Schnitzer & Johnson, Chtd.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorney for Kevin E. Murphy*

/s/ Rebecca M. Oakley
An employee of Gibson Lexbury LLP