# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOTOGOLF.COM, LLC, | Case No.: 2:20-cv-00674-APG-EJY |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 10] |
| TOP SHELF GOLF, LLC, et al., | |
| Defendants | |

In light of the parties' stipulation to dismiss defendant Kevin Murphy (ECF No. 51),

I ORDER that defendant Kevin Murphy's motion to dismiss **(ECF No. 10) is DENIED as moot**.

DATED this 6th day of October, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE