JOHN D. TENNERT, III
Nevada State Bar No. 11728
WADE BEAVERS
Nevada State Bar No. 13451
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: jtennert@fennemorelaw.com; wbeavers@fennemorelaw.com

*Attorneys for Defendants*
*Top Shelf Golf, LLC, Top Shelf IT Solutions, Inc, Ivan Sokolovich and Inna Sokolovich*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MOTOGOLF.COM, LLC, a Nevada limited-liability company;<br><br>Plaintiff,<br><br>vs.<br><br>TOP SHELF GOLF, LLC, a Maine limited liability company; TOP SHELF IT SOLUTIONS, INC., a Maine corporation; IVAN SOKOLOVICH, an individual; INNA SOKOLOVICH, an individual; KEVIN P. MURPHY, an individual; KEVIN E. MURPHY, an individual; ALIAKSANDR SHAVIALEVICH, an individual;<br><br>Defendants. | Case No. 2:20-cv-00674-APG-EJY<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff, MOTOGOLF.COM, LLC, by and through their counsel, Steven A. Gibson, Esq. and Roman Nikhman, Esq. of Gibson Lexbury LLP ("Plaintiff"), and Defendants TOP SHELF GOLF, LLC, TOP SHELF IT SOLUTIONS, INC., IVAN SOKOLOVICH and INNA SOKOLOVICH ("Defendants"), by and through their counsel, John D. Tennert, Esq. and Wade Beavers, Esq. of Fennemore Craig, P.C. request that the Court enter an order, pursuant to Local Rule IA 6-1, extending the deadline for Defendants to file a response to Plaintiff's First Amended Complaint [ECF No. 71] and providing a reciprocal extension of time for Plaintiff to file a response to any motion filed in lieu of an answer to the First Amended Complaint.

The current deadline, April 29, 2021, has not expired. The parties seek an extension of time for Defendants to file a response to the First Amended Complaint through **May 7, 2021**. The parties further request that, in the event Defendants file a motion in lieu of an answer to the First Amended Complaint, the time for Plaintiff to respond thereto under this Court's LR 7-2(b) be extended by a reciprocal eight (8) days.

This is the parties' first request to extend the deadline for filing a response to the First Amended Complaint and is not made for any deleterious purposes or to unnecessarily delay these proceedings. Rather, the parties seek this extension in good faith for the benefit of Defendants and their counsel.

Therefore, the parties stipulate and agree to extend the deadline for filing a response to the First Amended Complaint until May 7, 2021, and further stipulate and agree that eight (8) days be added to the time under LR 7-2(b) for Plaintiff to file a response to any motion in lieu of an answer. The parties request the Court enter an order reflecting the same.

DATED this 28th day of April, 2021.

**FENNEMORE CRAIG, P.C.**

By: /s/ Wade Beavers
John D. Tennert, III, Esq.
Nevada State Bar No. 11728
Wade Beavers, Esq.
Nevada State Bar No. 13451
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200
Fax: (775) 786-1177
Email: jtennert@fennemorelaw.com
wbeavers@fennemorelaw.com

*Attorneys for Defendants Top Shelf Golf, LLC, Top Shelf IT Solutions, Inc, Ivan Sokolovich and Inna Sokolovich*

DATED this 28th day of April, 2021.

**GIBSON LEXBURY LLP**

By: /s/ Roman Nikhman
Steven A. Gibson, Esq.
NV Bar No. 6656
Roman Nikhman, Esq.
NV Bar No. 15444
3470 East Russell Road, Second Floor
Las Vegas, NV 89120
Tel: 702.541.7888
Fax; 702.541.7899
Email: sgibson @gibsonlexbury.com
rnikhman@gibsonlexbury.com

*Attorneys for Plaintiff Motogolf.com, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 28, 2021

2

FENNEMORE
7800 Rancharrah Parkway
Reno, Nevada 89511
775-788-2200

18370536.1/053344.0001