UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOTOGOLF.COM, LLC,<br><br>　　　　Plaintiff<br><br>v.<br><br>TOP SHELF GOLF, LLC, et al.,<br><br>　　　　Defendants | Case No.: 2:20-cv-00674-APG-EJY<br><br>**Order Denying Objection to Magistrate Judge's Order**<br><br>[ECF No. 93] |

　　　The plaintiff filed an objection (ECF No. 93) to Magistrate Judge Youchah's order (ECF No. 90) granting the defendants' motions to strike and to award attorneys' fees (ECF Nos. 78, 80). I have reviewed the related papers and find that Magistrate Judge Youchah's order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, her order **(ECF No. 90) is AFFIRMED, and the plaintiff's objection (ECF No. 93) is DENIED.**

　　　I FURTHER ORDER that the defendants' request for attorneys' fees related to the plaintiff's objection is referred to Magistrate Judge Youchah for decision.

　　　DATED this 5th day of January, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE