1  JOHN D. TENNERT, III
   Nevada State Bar No. 11728
2  WADE BEAVERS
   Nevada State Bar No. 13451
3  FENNEMORE CRAIG, P.C.
   7800 Rancharrah Parkway
4  Reno, NV 89511
5  Tel: (775) 788-2200 / Fax: (775) 786-1177
   Email: jtennert@fennemorelaw.com; wbeavers@fennemorelaw.com
6
7  *Attorneys for Defendants*
   *Top Shelf Golf, LLC, Top Shelf IT Solutions, Inc,*
8  *Ivan Sokolovich and Inna Sokolovich*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOTOGOLF.COM, LLC, a Nevada limited-liability company;<br><br>Plaintiff,<br><br>vs.<br><br>TOP SHELF GOLF, LLC, a Maine limited liability company; TOP SHELF IT SOLUTIONS, INC., a Maine corporation; IVAN SOKOLOVICH, an individual; INNA SOKOLOVICH, an individual;<br><br>Defendants. | Case No. 2:20-cv-00674-APG-DJA<br><br>**[CORRECTED] STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff, MOTOGOLF.COM, LLC, by and through its counsel, Joseph R. Ganley, Esq. and Richard L. Wade, Esq., of Hutchison & Steffen, PLLC ("Plaintiff"), and Defendants TOP SHELF GOLF, LLC, TOP SHELF IT SOLUTIONS, INC., IVAN SOKOLOVICH and INNA SOKOLOVICH ("Defendants"), by and through their counsel, John D. Tennert, III, Esq. and Wade Beavers, Esq., of Fennemore Craig, P.C., request that the Court enter an order, pursuant to Local Rule IA 6-1, extending the deadline for Defendants to file a motion in lieu of an answer to Plaintiff's Second Amended Complaint [ECF No. 104] to **June 9, 2022**, the deadline for Plaintiff to file a

response to the motion to **July 11, 2022**, and the deadline for Defendants to file a reply to **July 25, 2022**.

Pursuant to LR IA 6-1, Defendants' counsel submits that the failure to file the stipulation prior to April 25, 2022 was the result of excusable neglect. On April 20, 2022, counsel for Defendants requested that Plaintiff's counsel agree to a two-week extension, from April 25, 2022 to May 9, 2022, to file a response to the Second Amended Complaint on grounds that the wife of the attorney responsible for drafting the response was expected to give birth within the next few days. (*See* Ex. 1, Declaration of J. Tennert ¶¶ 4-5, and Emails between Mr. Beavers and Mr. Gibson attached thereto as Ex. A.) Plaintiff's counsel graciously agreed. (*See id*.) Before a stipulation was executed and filed, Defendant's counsel's child was born on the morning of April 22, 2022. (*See id*. ¶ 6.) Although the parties had agreed to extend the time to file a response to the Second Amended Complaint before April 25, 2022, the undersigned lead counsel for Defendants inadvertently failed to circulate a stipulation for Plaintiff's approval and file the stipulation before the April 25, 2022 deadline. (*See id*. ¶ 7.)

On April 28, 2022, Plaintiff filed a Motion to Substitute Hutchison & Steffen, PLLC in place and stead of Gibson Lexbury, LLP. [*See* ECF No. 106.] Plaintiff's new counsel agreed to an additional extension of time for Defendants to respond to the Second Amended Complaint through June 9, 2022 and Defendants agreed to a reciprocal extension of time for Plaintiff's new counsel to respond. On May 2, 2022, the parties submitted the Stipulation and Order Extending Defendants' Time to Respond to the Second Amended Complaint (First Request). [*See* ECF No. 109]. On May 11, 2022, the Court issued a Minute Order denying the parties' stipulation without prejudice and ordered that the parties file a corrected stipulation by May 18, 2022. [*See* ECF No. 111]

This is the parties' second request to extend the deadline for filing a response to the Second Amended Complaint and is not made for any deleterious purposes or to unnecessarily delay these proceedings. Rather, the parties seek this extension in good faith to allow Defendants' counsel additional time to prepare and file a motion in lieu of an answer resulting from their drafting attorney's family leave and to allow additional time for Plaintiff's new counsel to prepare and file a response.

Therefore, the parties stipulate and agree to extend the deadline for Defendants to file a motion in lieu of an answer to the Second Amended Complaint from April 25, 2022 to **June 9, 2022**. The parties further agree that Plaintiff shall have until **July 11, 2022** to respond to a motion in lieu of an answer and that Defendants shall have until **July 25, 2022** to file a reply.

Dated: May 13, 2022.

**FENNEMORE CRAIG, P.C.**

By: */s/ John D. Tennert III*
    John D. Tennert, III, Esq.
    Nevada State Bar No. 11728
    Wade Beavers, Esq.
    Nevada State Bar No. 13451
    7800 Rancharrah Parkway
    Reno, Nevada 89511
    Tel: (775) 788-2200; Fax: (775) 786-1177
    Email: jtennert@fennemorelaw.com
           wbeavers@fennemorelaw.com

*Attorneys for Defendants Top Shelf Golf, LLC, Top Shelf IT Solutions, Inc, Ivan Sokolovich and Inna Sokolovich*

Dated: May 13, 2022.

**HUTCHISON & STEFFEN, PLLC**

By: */s/ Richard L. Wade*
    Joseph R. Ganley, Esq.
    Nevada State Bar No. 5643
    Richard L. Wade, Esq.
    Nevada State Bar No. 11879
    10080 West Alta Drive, Suite 200
    Las Vegas, Nevada 89145
    Tel: (702) 385-2500l; Fax: (702) 385-2086
    Email: jganley@hutchlegal.com
           rwade@hutchlegal.com

*Attorneys for Plaintiff Motogolf.com, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 17, 2022

# EXHIBIT INDEX

| Exhibit | Description |
|---|---|
| 1. | Declaration of Counsel Pursuant to LR 7-4 and 26-6 |

# Exhibit 1

# Declaration of Counsel Pursuant to LR 7-4 and 26-6

JOHN D. TENNERT, III
Nevada State Bar No. 11728
WADE BEAVERS
Nevada State Bar No. 13451
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: jtennert@fennemorelaw.com; wbeavers@fennemorelaw.com

*Attorneys for Defendants*
*Top Shelf Golf, LLC, Top Shelf IT Solutions, Inc.,*
*Ivan Sokolovich and Inna Sokolovich*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOTOGOLF.COM, LLC, a Nevada limited-liability company; | Case No. 2:20-cv-00674-APG-EJY |
| Plaintiff, | **DECLARATION OF COUNSEL PURSUANT TO LR 7-4 AND 26-6** |
| vs. | |
| TOP SHELF GOLF, LLC, a Maine limited liability company; TOP SHELF IT SOLUTIONS, INC., a Maine corporation; IVAN SOKOLOVICH, an individual; INNA SOKOLOVICH, an individual; | |
| Defendants. | |

I, John D. Tennert III, declare as follows:

1. I am a director with the law firm of Fennemore Craig, P.C., and one of the attorneys of record for Top Shelf Golf, LLC; Top Shelf IT Solutions, Inc., Ivan Sokolovich, and Inna Sokolovich (together, the "Defendants") in this matter.

2. I have personal knowledge of the facts stated herein, and if called and sworn as a witness, I would and could testify competently thereto.

3. I submit this declaration in support of the Stipulation and Order Extending Defendants' Time to Respond to Second Amended Complaint (Second Request).

4. On April 20, 2022, counsel for Defendants requested that Plaintiff's counsel agree to a two-week extension, from April 25, 2022 to May 9, 2022, to file a response to the Second Amended

21621180.1/053344.0001

Complaint on grounds that the wife of the attorney responsible for drafting the response was expected to give birth within the next few days.

5. Plaintiff's counsel graciously agreed to such an extension. A copy of the email exchange between Mr. Beavers and Mr. Gibson is attached hereto as Exhibit A.

6. Before a stipulation was executed and filed, Defendants' counsel's child was born on April 22, 2022.

7. Although the parties had agreed to extend the time to file a response to the Second Amended Complaint before April 25, 2022, the undersigned lead counsel for Defendants inadvertently failed to circulate a stipulation for Plaintiff's approval and file the stipulation before April 25, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 13, 2022.

/s/ John D Tennert III
John D. Tennert III

FENNEMORE CRAIG
ATTORNEYS
7800 Rancharrah Parkway
RENO, NEVADA 89511
(775) 788-2200

21621180.1/053344.0001

2

**EXHIBIT INDEX**

| Exhibit | Description |
|---|---|
| A. | Emails between Wade Beavers and Steven A. Gibson, April 20, 2022 |

FENNEMORE CRAIG
ATTORNEYS
7800 Rancharrah Parkway
RENO, NEVADA 89511
(775) 788-2200

21621180.1/053344.0001

3

# Exhibit A

# Emails between Wade Beavers and Steven A. Gibson, April 20, 2022

# Hope, Sarah

| | |
|---|---|
| **From:** | Steven Gibson <sgibson@gibsonlexbury.com> |
| **Sent:** | Wednesday, April 20, 2022 6:17 PM |
| **To:** | Beavers, Wade; Michael R. Shaffer |
| **Cc:** | Tennert, John; Hope, Sarah; Sorensen, Debbie |
| **Subject:** | RE: Motogolf.com, LLC v. Top Shelf Golf, LLC et al.- Second Amended Complaint [FC-Email.FID10931979] |

Granted and congratulations.

Best regards,

Steven A. Gibson, Esq.
Managing Partner



3470 East Russell Road, Second Floor
Las Vegas, Nevada  89120
Direct: (702) 541-8200
Cell: (702) 499-4966
Main: (702) 541-7888
Fax: (702) 541-7899
E-mail: sgibson@gibsonlexbury.com
www.gibsonlexbury.com



**From:** Beavers, Wade <WBeavers@fennemorelaw.com>
**Sent:** Wednesday, April 20, 2022 5:43 PM
**To:** Steven Gibson <sgibson@gibsonlexbury.com>; Michael R. Shaffer <mshaffer@gibsonlexbury.com>
**Cc:** Tennert, John <jtennert@fennemorelaw.com>; Hope, Sarah <shope@fennemorelaw.com>; Sorensen, Debbie <DSorensen@fennemorelaw.com>
**Subject:** Motogolf.com, LLC v. Top Shelf Golf, LLC et al.- Second Amended Complaint [FC-Email.FID10931979]

Steve, Michael,

I write to request the courtesy of a two-week extension of time for the Top Shelf Defendants to respond to Motogolf's Second Amended Complaint.  We have the deadline to respond as Monday, April 25.  We are asking for an extension of the deadline to Monday, May 9.  We would agree to a reciprocal extension on the deadline for any responsive filing that may be due from Motogolf.

By way of explanation, my wife is expecting a new baby this week and I will be taking some time out of the office thereafter. We would appreciate the courtesy of the extension so that our office can complete the response in my absence.

Sincere thanks for your consideration. Please email or call John Tennert if you would like to discuss.

Wade

Wade Beavers,  Associate



7800 Rancharrah Parkway, Reno, NV 89511
T: 775.788.2208  |  F:  775.788.2283
wbeavers@fennemorelaw.com   |   View Bio



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.